1  Joseph E. Addiego III (CA SBN 169522)
   John D. Freed (CA SBN 261518)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California  94111
   Telephone:     (415) 276-6500
4  Facsimile:     (415) 276-6599
   Email:         joeaddiego@dwt.com
5                 jakefreed@dwt.com

6  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  WAYNE CHAN, et al.,                    )  Case No. 16-cv-02497
                                           )
13            Plaintiffs,                  )  **STIPULATION TO EXTEND TIME FOR**
                                           )  **DEFENDANT JPMORGAN CHASE**
14       v.                                )  **BANK, N.A. TO RESPOND TO**
                                           )  **COMPLAINT PURSUANT TO CIVIL**
15  JPMORGAN CHASE BANK, N.A.,             )  **LOCAL RULE 6-1(a)**
                                           )
16            Defendant.                   )
                                           )
17                                         )
                                           )

18

19

20

21

22

23

24

25

26

27

28

                                     1
**STIPULATION TO EXTEND TIME**

1    WHEREAS, on April 6, 2016, Plaintiffs filed this action against Defendant JPMorgan

2  Chase Bank, N.A. ("Chase") in the California Superior Court, San Mateo County;

3    WHEREAS, May 9, 2016, Chase removed this action to this Court;

4    WHEREAS pursuant to Federal Rule of Civil Procedure 81, Chase's deadline to respond

5  to the complaint would be May 16, 2016; and

6    WHEREAS, Chase requires additional time to investigate the allegations in the Complaint

7  and to commence a dialogue with Plaintiffs regarding potential settlement;

8    NOW THEREFORE, Plaintiffs and Chase HEREBY STIPULATE AND AGREE AS

9  FOLLOWS:

10    1.    The deadline for Chase to answer, move, or otherwise respond to Plaintiffs'

11  Complaint shall be extended up to and including June 16, 2016.

12    2.    This stipulation will not alter the date of any event or any deadline already fixed by

13  Court order.

14    IT IS SO STIPULATED.

15

16    DATED: May 12, 2016

                              DAVIS WRIGHT TREMAINE LLP
17                            Joseph E. Addiego III
                              John D. Freed
18
                              By:/s/  John D. Freed
19                                   John D. Freed

20                            Attorneys for Defendant
                              JPMORGAN CHASE BANK, N.A.
21

22                            MELLEN LAW FIRM
                              Eunji Cho
23  Dated:  May 16, 2016

24                            By: /s/ Eunji Cho
                                   Eunji Cho
25

26                            411 Borel Ave., Suite 230
                              San Mateo, CA  94402
27
                              Attorneys for Plaintiffs
28



IT IS SO ORDERED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Judge Joseph C. Spero

2

**STIPULATION TO EXTEND TIME**

**CERTIFICATION OF CONCURRENCE**

Pursuant to L.R. 5-1, I hereby attest that Eunji Cho, counsel for Plaintiffs Wayne and Gladys Chan, has provided her concurrence in the electronic filing of the foregoing document entitled STIPULATION TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a).

*/s/  John D. Freed*

John D. Freed

3

**STIPULATION TO EXTEND TIME**