1

**[PROPOSED] ORDER**

2        Presently before the Court is the parties' Stipulation to Stay Action Pending Loan

3   Modification Review.  Good cause appearing, the Court GRANTS the stipulation to permit the

4   parties to pursue loan modification as an alternative to litigation.  Accordingly, this litigation is

5   STAYED.

6        On or before ninety (90) days after the Court's issuance of this Order, the parties shall

7   submit a joint status report advising the Court of (a) the status of Plaintiff's loan modification

8   application, and (b) the parties' positions on whether the stay should remain in force or active

9   litigation resumed.

10       Chase shall have twenty (20) days from the date of any order lifting the stay in this case to

11  answer, move to dismiss, or otherwise respond to Plaintiffs' First Amended Complaint.

12

13       SO ORDERED.  Defendant's motion to dismiss is vacated.  CMC reset for
                                                          11/10/16 at 9:30 a.m.

14       Date: _____7/22/16_____        _____

15                                                  Hon. Edward M. Chen

16                                                  United States Dist...



17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO STAY ACTION PENDING LOAN MODIFICATION REVIEW**