Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone:   (415) 315-1653
Facsimile:      (415)276-1902

Attorneys for Plaintiffs
WAYNE CHAN
GLADYS CHAN

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE CHAN, et al., | Case No. 16-cv-02497-EMC |
| Plaintiffs, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

WHEREAS, on April 6, 2016, Plaintiffs filed this action against Defendant JPMorgan Chase Bank, N.A. ("Chase") in the California Superior Court, San Mateo County;

WHEREAS, May 9, 2016, Chase removed this action to this Court;

WHEREAS on July 21, 2016, Plaintiffs filed a First Amended Complaint ("FAC");

WHEREAS, on July 14, 2016, Plaintiffs submitted a loan modification application to Chase for consideration;

WHEREAS, on July 22, 2016, the Parties stipulated to stay this action for 90 days pending the outcome of Plaintiffs' loan modification review;

WHEREAS, on July 22, 2016, the Court entered the stay, and ordered the parties to submit a status report within 90 days, advising the Court of (a) the status of Plaintiffs' loan modification application; and the (b) parties' positions on whether the stay should remain in force or active litigation resumed.

WHEREAS on October 19, 2016, the Parties stipulated to extend the stay of this action 90 days pending the outcome of Plaintiffs' loan modification review;

WHEREAS on October 20, 2016, the Court entered the stay, and scheduled a Case Management Conference for January 26, 2017, ordering a Case Management Conference Statement be filed by January 19, 2017.

WHEREAS, since staying this action, in December 2016, Defendants offered, and Plaintiffs accepted a loan modification for the loan that is the subject of this action.  The Parties believe that this fact substantially contributes to their ability to informally resolve this case and, to that effect, have continued their communications toward informal resolution of this matter

NOW THEREFORE, Plaintiffs and Chase HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.      The Case Management Conference, scheduled for January 26, 2017 be continued approximately sixty (60) days until March 30, 2017.

2.      Chase shall have twenty (20) days the date of the Case Management Conference to answer, move to dismiss, or otherwise respond to the FAC.

IT IS SO STIPULATED.

DATED: January 19, 2017

DAVIS WRIGHT TREMAINE LLP
Joseph E. Addiego III
John D. Freed

By:*/s/  John D. Freed*
John D. Freed

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.


MELLEN LAW FIRM
Jessica Galletta

By: */s/ Jessica Galletta*
Jessica Galletta

One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Attorneys for Plaintiffs


## CERTIFICATION OF CONCURRENCE

Pursuant to L.R. 5-1, I hereby attest that John Freed has provided his concurrence in the electronic filing of the foregoing document entitled STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER.


*/s/ Jessica Galletta*
Jessica Galletta

1

**[PROPOSED] ORDER**

2          Presently before the Court is the parties' Stipulation to Continue Case Management

3    Conference and good cause appearing, the Court GRANTS the stipulation to permit the parties to

4    pursue informal resolution of this matter as an alternative to litigation.  Accordingly, the Case

5    Management Conference, currently scheduled for January 26, 2017, is continued to March 30,

6    2017.  The Parties shall file a Joint Case Management Conference Statement by no later than

7    March 23, 2017.

8          Chase shall have twenty (20) days the date of the Case Management Conference to answer,

9    move to dismiss, or otherwise respond to Plaintiffs' First Amended Complaint.

10

11          SO ORDERED.

12

13          Date:  January 20, 2017                    _____

14                                                      Hon. Edward M. Chen
                                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
