Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone:  (415) 315-1653
Facsimile:     (415)276-1902

Attorneys for Plaintiffs
WAYNE CHAN
GLADYS CHAN

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE CHAN, et al., | Case No. 16-cv-02497-EMC |
| Plaintiffs, | **SECOND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PRO~~POS~~SED] ORDER** |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

WHEREAS, on April 6, 2016, Plaintiffs filed this action against Defendant JPMorgan Chase Bank, N.A. ("Chase") in the California Superior Court, San Mateo County;

WHEREAS, May 9, 2016, Chase removed this action to this Court;

WHEREAS on July 21, 2016, Plaintiffs filed a First Amended Complaint ("FAC");

WHEREAS, on July 14, 2016, Plaintiffs submitted a loan modification application to Chase for consideration;

WHEREAS, on July 22, 2016, the Parties stipulated to stay this action for 90 days pending the outcome of Plaintiffs' loan modification review;

WHEREAS, on July 22, 2016, the Court entered the stay, and ordered the parties to submit a status report within 90 days, advising the Court of (a) the status of Plaintiffs' loan modification application; and the (b) the parties' positions on whether the stay should remain in force or active litigation resumed.

WHEREAS on October 19, 2016, the Parties stipulated to extend the stay of this action 90 days pending the outcome of Plaintiffs' loan modification review;

WHEREAS on October 20, 2016, the Court entered the stay, and scheduled a Case Management Conference for January 26, 2017, ordering a Case Management Conference Statement be filed by January 19, 2017.

WHEREAS on February 8, 2017, Plaintiffs filed a Notice of Settlement of Case, notifying the Court that the Parties had settled this matter.

WHEREAS on February 9, 2017, the Court continued the Case Management Conference from March 30, 2017 to April 27, 2017.

WHEREAS, since then, Plaintiffs and Defendants are merely awaiting final execution of the settlement agreement and performance thereunder and anticipate that the settlement will be fully effectuated in the next thirty days.

NOW THEREFORE, Plaintiffs and Chase HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The Case Management Conference, scheduled for April 27, 2017 be continued approximately thirty (30) days until May 25, 2017.

IT IS SO STIPULATED.

DATED: April 18, 2017

        DAVIS WRIGHT TREMAINE LLP
Joseph E. Addiego III
John D. Freed

By:/s/ *John D. Freed*
      John D. Freed

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.


MELLEN LAW FIRM
Jessica Galletta

By: /s/ *Jessica Galletta*
     Jessica Galletta

One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Attorneys for Plaintiffs

## **CERTIFICATION OF CONCURRENCE**

Pursuant to L.R. 5-1, I hereby attest that John Freed has provided his concurrence in the electronic filing of the foregoing document entitled STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER.


          /s/ *Jessica Galletta*
             Jessica Galletta

**[P~~ROP~~OSED] ORDER**

Presently before the Court is the parties' Stipulation to Continue Case Management Conference and good cause appearing, the Court GRANTS the stipulation to permit the parties to pursue informal resolution of this matter as an alternative to litigation. Accordingly, the Case Management Conference, currently scheduled for April 27, 2017, is continued to ~~May 25, 2017~~ June 1, 2017. The Parties shall file a Joint Case Management Conference Statement or dismissal by no later than May 1~~8~~ 25, 2017.

SO ORDERED.

Date: 4/20/17  _____



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen